COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 IN RE: SHANNON MARK DOUTHIT, 
  
 RELATOR.
 
 
 §
  
 §
  
 §
 
 
 
 
 
 No.
 08-11-00379-CR
  
 ORIGINAL
 PROCEEDING
 
 
 
 
 ON PETITION
 FOR WRIT OF MANDAMUS
 
 
 
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
 
  
 
 
  
 
 


MEMORANDUM  OPINION

 

Relator Shannon Douthit, pro se,
has filed a petition for writ of mandamus requesting that this Court compel the
presiding judge of the 394th Judicial District Court of Presidio County Texas,
to consider and grant his application for writ of habeas corpus pursuant to
Texas Code of Criminal Procedure Article 11.07.

            Relief
by writ of mandamus is appropriate in instances where the relator demonstrates there
is no adequate remedy at law available to correct the alleged harm, and that
the action sought is not discretionary.  See Simon v. Levario,
306 S.W.3d 318, 320 (Tex.Crim.App. 2009)(orig. proceeding). 
Based on the record before us, Relator has not demonstrated he is
entitled to mandamus relief.  See Tex.R.App.P. 52.3.  Accordingly,
the petition is DENIED.  

 

 

January 18, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.

 

(Do Not Publish)